1

# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLUMBIA

Plaintiff

Samy Gharb
Kalchbühlstr 161
8038 Zürich Switzerland

V,

Civil action No,

# FILED

## SEP 2 9 2014

**Clerk, U.S. District and Bankruptcy Courts**

Unitronics Inc
1Batterymarch park
Quincy MA 02169

Haim Shani
Seth Frielich
Bareket Shani
Eyal Saban
Yair Itscovich
Avner Barak
Dale Lischer
Jonathan Minnen
Brendan E Squire
Glenn Parry

Case: 1:14-cv-01635
Assigned To : Walton, Reggie B.
Assign. Date : 9/29/2014
Description: Pro Se Gen. Civil

IMI Israel Military Industries LTD
P O B1044 Ramat
Hasharon 4711001 IL
Ehud Barak

Defendants,

# COMPLAINT

-------------------------------------------------------------------------------------------

Fact is that Mr Haim Shani the General Manager of Unitronics has lied to everybody in USA he came to US to make these kinds of business without any patent rights. We found out in our International researches that at that time of the year1999 Unitronics had trademark No, 75/689,796 for only web PLC (Programmable Logic Controller) with internet. Mr. Haim Shani had also signed Power of Attorney. Indeed at that time of the year 1999, he had the brightest idea about my invention.

Mr Dale Lischer and Haim Shani, General manger of Unitronics have hidden this trademark No,75/689,796 from the Court in case No, 06- CV -27.

2

Here exists a criminal action throght Mr Haim Shani of Unitronics
(18 USC § 1001),

The team of Unitronics have erased the financial results for the period between 1998
and 2002 to manipulate the facts. I have copies of the period 2000 here in this process.

Mr Haim Shani has stolen my invention US patent No, 6,552,654.

Because of this trademark of Unitronics of the year 1999  this action stands now
for the infringement of my U.S patent No, 6,552,654 under the patent laws of the
United States, 35 U.S.C §1 et. seq ., including at least 35 U.S.C
§§271.281.283.284 286.

18 USC § 1001
§1051. Registration of trademarks
1(A) (2) (b)

Unitronics released these products without patent rights. The Court has to ask Mr Haim
Shani why he did not file trademark in the year 2000.

3

# Backgrounds

## Unitronics PLC Programmable Logic Controller Web network without any GSM mobile phone in the year 1999.

Unitronics, a multinational advanced technology company, announced today its Initial Public Offering on the EURO NM Belgium public stock exchange. The company, which intends to raise approximately 7.5 million euros in its IPO, offers 2,000,000 new shares, priced at 3.72 euros per share. more

**August 29, 1999**    *UNITRONICS' WEBPLC™ INSTALLATION- UP &RUNNING*

The world's first Internet-enabled WebPLC™ network is operating a production line in the Cargal carton plant in Lod, Israel, TCP/IP communication protocols, the same Internet technology that enables common applications such as Web-surfing and email, are now controlling machines on the Cargal factory production floor. more

**August 25, 1999**    *UNITRONICS LANDS 2 MAJOR WEBPLC™ PROJECTS*

Two projects worth over 1.7 million USD have been awarded to Unitronics Ltd. The company is to provide Automated Warehouse and Distribution Center control systems for Tnuva, the largest marketer of agricultural products in Israel, and for Envases Innovativos, one of the leading manufacturers of PET blow-moulding bottles in Mexico. more

**August 1, 1999**    *UNITRONICS AWARDS MMI SOLUTIONS UK DISTRIBUTION RIGHTS*

Sales peaking at $1.5 million are projected in the sale forecast of the three-year exclusive distribution agreement just signed between Unitronics Automation and Control and MMI Solutions. The agreement designates MMI Solutions as the sole distributor of Unitronics products throughout the United Kingdom. more

**July, 1999**    *THE M90: ALL-IN-ONE MICRO-PLC AND HMI*

Unitronics has officially launched the new M90 micro-PLC. The M90 is a palm-sized controller that contains a fully functional Human-Machine-Interface, programmed by the user to suit his own particular requirements. more

©2005 Unitronics. All rights reserved
comments: webmaster@unitronics.com

4



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

January 14, 2000

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: 75/689,796
FILING DATE: *April 21, 1999*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

W. MONTGOMERY
Certifying Officer

Lying in business calculated as risk
In the year 1999, Mr Haim Shani of Unitronics had this trademark for only Web
PLC Here as follows you will see it as Summary No. 1 in original as real facts. Mr Dale
Lischer and Mr Haim Shani, General Manager of Unitronics have hidden this
trademark from the Court in case No, 06- CV -27.

4



THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

**January 14, 2000**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:

TRADEMARK APPLICATION: *75/689,796*
FILING DATE: *April 21, 1999*

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

W. MONTGOMERY
Certifying Officer

Lying in business calculated as risk
In the year 1999, Mr Haim Shani of Unitronics had this trademark for only Web
PLC Here as follows you will see it as Summary No. 1 in original as real facts. Mr Dale
Lischer and Mr Haim Shani, General Manager of Unitronics have hidden this
trademark from the Court in case No. 06- CV -27.

6

# EITAN, PEARL, LATZER & COHEN-ZEDEK

## איתן, פרל, לצר וכהן-צדק

April 19, 1999
MAIN OFFICE

**Hand Delivery**

United States Patent and Trademark Office
Assistant Commissioner for Trademarks
2900 Crystal Drive
ARLINGTON, VIRGINIA 22202-3513

| Re: | Applicant: | Unitronics (1989) (R"G) Ltd. |
| | Mark: | WebPLC |
| | Our Reference: | T-1066-09-US |

Dear Sir:

Enclosed is an intent-to-use application for registration on the Principal Register for the above-referenced mark and applicant together with a duplicate copy of this letter for the Finance Branch.

Please charge the filing fee (plus any additional fees which may be required) to our Deposit Account Number 05-0649.

Please note that all correspondence should be addressed to A. Tally Eitan c/o TK ASSOCIATES, Terry Kannofsky, whose address is 2001 Jefferson Davis Highway, Suite 300, Arlington, Virginia, 22202, United States of America.

Yours sincerely,

A. Tally Eitan
Eitan, Pearl, Latzer & Cohen-Zedek

tm-1000\1066\uspto-itu (rf) (19/4/99: 1)

ADVOCATES, NOTARIES AND PATENT ATTORNEYS
Partners
Nachman Cohen-Zedek
A. Tally Eitan
Zeev Pearl
Doron Latzer
Tamar Ben-Porath
Joel M. Stein          Shlomo Cohen-Zedek (1905-1997)

Main Office – 2 Gav Yam Center
7 Shenkar St., Herzlia 46725 ISRAEL
PO Box 12688, Herzlia 46733
Telephone: 972 - 9 - 970 9000
Facsimile: 972 - 9 - 970 9001
main@technologylaw.co.il

Haifa Office – Omega Center
Advanced Technology Center
Haifa     31905     ISRAEL
Telephone: 972 - 4 - 855 0817
Facsimile: 972 - 4 - 855 0818
haifa@technologylaw.co.il

7

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Application for Registration of Mark: WebPLC

Applicant: Unitronics (1989) (R"G) Ltd.

Int. Class No.: 09

Atty. Dkt. No.: T-1066-09-US

To The Assistant Commissioner for Trademarks

2900 Crystal Drive, Arlington, Virginia 22202-3513

Dear Sir:

     Unitronics (1989) (R"G) Ltd., an Israeli corporation, whose business address is Unitronics House, North Industrial Zone, Lod 71106, Israel, has adopted and is using the trademark shown in the accompanying drawing for **ELECTRONIC CONTROLLER DEVICES EMBEDDED WITH TCP/IP CAPABILITIES** in International Class 09, and requests that the said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

     Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods by applying it on labels and tags affixed to the goods or their container, and/or by printing directly onto the goods or the containers for the goods, and/or by displaying it in a display associated with the goods.

     Applicant hereby appoints Avital (Tally) Eitan, attorney at law of the firm of Eitan, Pearl, Latzer & Cohen-Zedek, whose address is 2 Gav Yam Center, 2nd Floor, 7 Shenkar Street, P.O. Box 12688, Herzlia 46725, Israel, to prosecute this application to register with full power of substitution, association and revocation, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration, all correspondence to be sent to the above address.

1

9

| | |
|---|---|
| Applicant: | Unitronics (1989) (R"G) Ltd. |
| Address: | Unitronics House, North Industrial Zone, Lod 71108, Israel |
| Goods: | ELECTRONIC CONTROLLER DEVICES EMBEDDED WITH TCP/IP CAPABILITIES. |

04-22-1999
U S Patent & TMOfc/TM Mail Rcpt Dt. #10

INT CLASS

9

# WebPLC

TRADEMARK
75689796

§1051. Registration of trademarks
1(A) (2) (b).

8

## DOMESTIC REPRESENTATIVE

The firm of TK ASSOCIATES, Terry Kannofsky, whose address is 2001 Jefferson Davis Highway, Suite 300, Arlington, Virginia, 22202, United States of America, is designated as Applicant's representative on which notices of process in all proceedings affecting the mark may be served.

## DECLARATION

The undersigned states that he is the _____ C E O _____ of the Applicant corporation and is authorized to execute this application and declaration; he believes said corporation to be the owner of the trademark sought to be registered or if the application is being filed under 15 U.S.C. 1051(b), he believes applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such as so nearly resembles it as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and the facts set forth in this application are true; That all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

Unitronics Industrial and Robotics Control

Signature: _____ NW _____

Full Name: _____ HAIM  SHANI _____

Title: _____ CEO _____

Date: _____ 14 - APR - _____ , 1999

2

Herewith Mr Haim Shani of Unitronics has lied because at that time of the year 1999 he has signed Power of Attorney for only Web PLC with internet but without GSM mobile phone.

10

Here it is written that Unitronics have trademark for only web PLC with internet.

T-1066 - 09-DE

Deutschland
Germany

## Vollmacht - Power of Attorney

Den Patentanwälten
The Patent Attorneys

Dr. Weber - Dipl.-Phys. Seiffert - Dr. Lieke
Gustav-Freytag-Straße 25 - Postfach 81 45 - 65081 Wiesbaden - Tel. 37 27 20

wird hiermit in Sachen der
are hereby appointed in the matter of          399 65 127.6

Unitronics (1989) (R"G) Ltd.

LOD  8 - 2 - 2000
Ort/Place; Datum/Date

Haim Shani

7.FEB.2000 18:37     EITAN,PEARL,LATZER & COHEN-ZEDEK     04276     P.2

11

Unitronics story with web PLC in the year 1999



Fact as piece of information about circumstances that exist or events that have occurred.

12

Facts:  Unitonics releases these products without patent rights or even to file trademark
or patent in the year 2000.The Court has to ask Mr Haim Shani why he did not file
patent for these products.

Press
Release

**July 17,**          ***UNITRONICS RELEASES THE M90-GSM, AN SMS***
**2000**              ***WIRELESS COMMUNICATION FEATURE***

Unitronics announces the commercial release of the M90-GSM  This new feature brings
the advantages of the M90 Unitronics palm sized micro controller, to GSM cellular
phones.

The M90-GSM enables remote-controlled operation of machines and devices via GSM
cellular communication networks. It allows the user to exchange messages and
instructions with the M90 OPLC™ from any GSM cellular phone, using the SMS
message format

M90-GSM enables the control of a wide variety of user-defined operations from
notification of malfunctions to implementation of software updates. Unitronics' customers
can maintain a bi-directional control in applications such as vending machines,
refrigerating trucks, building automation, fuel and chemical tanks and highway traffic
control systems - without the need to have in-site maintenance personnel

The M90-GSM is already installed in several Beta sites for use in Home Automation.
This allows the connection of home alarm system controllers to mobile phones. When
an emergency-paging button is pressed at home, an SMS notification message is
transmitted in real-time to user-defined destinations. SMS messages may be also sent
from a mobile phone to adjust the central heating or the air-conditioning system, the
lighting, a garage door or an electric gate.

The M90-GSM is expected for general availability by August 2000

Unitronics (1989)(R"G) Ltd  is an Israeli company, a designer, developer, producer, and
marketer of Programmable Logic Controllers (PLCs), the computer 'brains' that enable
control of automated production lines. Since 1989, Unitronics has introduced products
intended to provoke new trends in production line automation  Its Internet-based
WebPLC™ series is designed to function both as a web server hosting an
Intranet/Internet Web site, and as a browser, intended to allow remote diagnostics and
communications on the Internet, Ethernet/LAN level  Now in beta test stage, the
WebPLC™ will, the company believes, transform the industry's approach to data
communications. Unitronics completed its Initial Public Offering on the EURO.NM
Belgium in October 1999, at 3.72 euros per share. For more information, contact Cara
Levy, Investor Relations, Tel.:+972 8 9786555, Fax  +972 8 9213888,
email info@unitronic.com .

©2000 Unitronics. All rights reserved
comments  webmaster@unitronic.com

Manipulation of the facts through erasing this document. Here exists criminal
action through Mr Haim Shani of Unitronics (18 USC § 1001),

13



Unitronics (1989)(R.G.) Ltd.

Unitronics House

...tion with @ Technology

Manipulation of the facts through erasing this document.

14

## Introduction of new products

*The WebPLC™*

Unitronics has completed the WebPLC™ development project and has begun sales of these devices via select distributors.
The WebPLC™ allows a network supervisor to use the Internet to monitor, diagnose and correct problems from remote locations. The Company believes that a potential market is emerging for Internet based PLCs.
The WebPLC™ enables production managers to remotely monitor and quickly intervene in system problems.

*The M90-GSM™*   *(handwritten) ... PL ... + PlC ... 90*

The M90-GSM™, is a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks
The M90-GSM™  enables remote-controlled operation of machines and devices via GSM cellular communication networks.
Unitronics' customers can therefore remotely maintain vending machines, refrigerating trucks, building automation, fuel and chemical tanks, highway traffic control systems, etc. - without the need for on-site personnel.
The Company believes that the introduction of M90-GSM™, opens a new market for Unitronics.

## Sales and Marketing

*Distribution*

The Company managed to build a worldwide distribution network during the first half of 2000. The Company believe that a strong, worldwide distribution network is a most crucial element in a successful marketing organization.
The company increased its distribution network to include 33 distributors throughout Europe, Asia, South America, and Africa, with a sales force totaling over 130 salespersons.  The new distributors were carefully selected from companies applying for distributorships.

Alon Kedar, Unitronics' Vice President of Marketing, comments " We have successfully recruited many new distributors since January.  That alone was a huge project—but of course, it is only the beginning.  We are building a strong marketing platform, a flexible structure that will enable us to target the proper market for our future product lines "

*Trade shows*

Trade shows provide the opportunity to create new business contacts with potential clients and distributors and further the market penetration of new products.  This year, Unitronics participated in international trade shows throughout Europe, China, South and North America   The company's products have also been represented by its distributors in a number of local trade shows.

3

Here is a copy of the period 2000 which Unitronics team have erased.
As summary No, 2.

15

## JURISDICTION AND VENUE

This action arises under the Patent Laws of the United States.

**Because of this trademark of Unitronics of the year 1999  this action stands for the infringement of my U.S patent No. 6,552,654 under the patent laws of the United States, 35 U.S.C §1 et. seq ., including at least 35 U.S.C §§271.281.283.284 286.**

**18 USC § 1001**
**§1051. Registration of trademarks**
**1(A) (2) (b)**

Determination of the huge damages by using, offering and sale in United States.

Upon finding for the claimant the Court shall award the claimant damages adequate to compensate for the infringement but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the Court.

Unitronics have been a publicly traded company since 1999 in the European Euronext Stock Exchange, and since 2004 in the Tel Aviv Stock Exchange.

# ANALYSIS

Mr Haim Shani of Unitronics must have perception and realize that at that time of the year 1999 he had only web PLC Programmable Logic Controller and **OPLC but without GSM mobile phone.**

16



OEM Automatic Limited - PRODUCT NEWS

Unitronics M90 ready to grow

The Unitronics M90 is a powerful nano PLC with an integrated HMI which can expand it's on board I/O using DIN rail mountable modules.

The M90's built-in I/O ranges from 14 to 24 I/O. Integral analogue I/O is also available. A maximum of 64 I/O is achievable using up to 8 extension modules.

Up to 63 M90's can be networked using a dedicated CANbus. The integrated text display can be used to show and edit variables and display messages. The 15 function keys can be user defined and used in the program. Remote programming and monitoring can be achieved using the RS232 port via modems.

The latest addition is the SMS feature, using a GSM modem the M90 can send predefined text messages to up to 6 mobile phones.

For more information, please contact

OEM-Automatic Ltd.

May, 2.01

PLC M90 has only become an efficient product through the addition of Mr Gharb TECHOLOGY Summary No,17

Unitronics PLC Programmable Logic Controller M90 ready to grow with GSM mobile phone with my invention.



Unitronics have been a publicly traded company since 2004 and my Invention US patent No.6, 552,654 exists since June 6 1999. At that team time nobody of Unitronics team had any idea about my invention .they had trademark for only Web PLC with internet. Therefore Unitronics must pay for these huge damages caused to my US patent.

## My invention
The Function Blocks are summarized in the following table:

| | | | |
|---|---|---|---|
| G | Q9 | Mobile telephone ON | 01.00 s–02.40 s |
| G | Q10 | Pin Code 1 | 06.00 s–01.50 s |
| G | Q11 | Pin Code 2 | 08.00 s–01.50 s |
| G | Q12 | Pin Code 3 | 10.00 s–01.50 s |
| US GHARB Patent function blocks for GSM ON and PIN code 123 in 3.6.1999 | | | |
| H | Q13 | Pin Code 4 | US Gharb Patent 3.6 1999 | 12.50 s–01.50 s |
| H | Q14 | OK | 14.00 s–01.50 s |
| H | Q15 | Emergency number | 16.50 s–01.50 s |
| H | Q16 | OK | 18.50 s–01.50 s |
| I | Q17 | Start emergency message | 19.90 s–01.70 s |
| I | Q18 | Mobile telephone OFF | 55.50 s–02.50 s |

VIEW OF THE FACTS IN THE LIGHT

## Citation

Six years after that my US and EP patents were publicized Mr Haim Shani of Unitronics was trying to file a patent for the same technology (my invention) by the European patent office but he has forgotten that I invented this technology before him and my EP patent stands for him as Citation.

Patent EP1678564A1 · System and method for implementing logic...
www.google.com/patents/EP1678564A1?cl=en.
Unitronics (1989) (R"G) Ltd. ... Non-Patent Citations (4). EP1117572B1, May 25, 2000, Oct 9, 2002, Gharb, Samy, Security system with a mobile telephone.

## Material of the facts

Mr Haim Shani has did not realize that my EU patent stands for him as Citation and now the European patent office have closed his file. Here you see as copy summery No, 3.

**18**

These judges did not realize that Unitronics had no idea about my invention in the case No, 06 – CV -27

**Judge Rosemary M. Collyer**



Richard-Linn / Pauline-Newman/ Kimberly-a-Moore



19



European Patent Office
80298 MUNICH
GERMANY
Tel +49 (0)89 2399 - 0
Fax +49 (0)89 2399 - 4465

Formalities Officer
Name Louca-Dreher
Tel   7264

or call
+31 (0)70 340 45 00

Joly, Jean-Jacques
Cabinet Beau de Loménie
158, rue de l'Université
75340 Paris cedex 07
FRANCE

| Date |
|---|
| 06-04-2010 |

| Reference | Application No /Patent No |
|---|---|
| 3J390790/1 MRY | 04769255 3 - 2206 / 1678564 |
| Applicant/Proprietor | |
| Unitronics (1989) (R"G) Ltd | |

**Communication pursuant to Rule 114(2) EPC**

Please find enclosed observations by a third party concerning the patentability of the invention of the above-mentioned patent application  That person is not a party to the proceedings before the EPO (Art  115 EPC)

Under Rule 114(2) EPC you may comment on the observations

**For the Examining Division**

EPO Form 2022  12 07   30 03 10

Here you can see my observation as summary No, 3.

Europäisches
Patentamt
European
Patent Office
Office européen
des brevets

Closure of the procedure in respect of application No. 04769255.3 - 1802          19.04 14

1. **The procedure in respect of the above application is closed for the following reason:**

   ADWI   10/10.01.14   The time limit under Rule 112(2) EPC has expired
   No request for a decision under Rule 112(2), or for further processing under
   Article 121 EPC or for re-establishment of rights under Article 122 EPC has
   been filed.

2. **The EPASYS situation has been verified in respect of item 1:**

   DFIL    02 09.04

   NOAP.   ////

   RDEC.   ////

   RFPR:   //

   REES:   ///

   REFUG/ADWI 3 and DEAD 1 coded. Date of legal effect   23.11 13  .

3. **Position regarding fees:**

| | | | | | |
|---|---|---|---|---|---:|
| DEST03 | 005 | 00319553 | 03.04.06 | EUR | 35,00 |
| DEST03 | 005 | 00299561 | 03.04.06 | EUR | 525,00 |
| EXAM02 | 006 | 00319553 | 03.04.06 | EUR | 60,00 |
| EXAM02 | 006 | 00299561 | 03.04.06 | EUR | 1 430,00 |
| CLMS(2) | 015 | 00322143 | 20.04 06 | EUR | 495,00 |
| CLMS(2) | 015 | 00428192 | 22.06.06 | EUR | 945,00 |
| FFEE01 | 020 | 00319553 | 03.04.06 | EUR | 5,00 |
| FFEE01 | 020 | 00299561 | 03.04.06 | EUR | 90,00 |
| RFEE 03 | 033 | 00606713 | 22.09 06 | EUR | 400,00 |
| RFEE 04 | 034 | 00538782 | 09.08.07 | EUR | 425,00 |
| RFEE 05 | 035 | 00750222 | 24.09.08 | EUR | 700,00 |
| RFEE 06 | 036 | 00453950 | 30.09.09 | EUR | 900,00 |
| RFEE 07 | 037 | 00294548 | 17.09 10 | EUR | 1 050,00 |
| RFEE 07 | 037 | 00879425 | 12.10.10 | EUR | 1 050,00 |
| RFEE 07 | 037 | 00332981 | 23.10 10 | EUR | 1 050,00- |
| RFEE 08 | 038 | 00930707 | 29.09.11 | EUR | 1 155,00 |
| RFEE 09 | 039 | 01015465 | 26.10.12 | EUR | 1 325,00 |
| PFEE 07 | 097 | 00879425 | 12.10.10 | EUR | 525,00 |
| PFEE 07 | 097 | 00332981 | 23.10.10 | EUR | 525,00- |
| PFEE 09 | 099 | 01015465 | 26.10.12 | EUR | 662,50 |

☐   Examination started on _____ (EXDS51).

☐   Refund(s) ordered:

   ☐ 75% EXAM fee      ☐ RFEE(s): _____      ☐ Other fees: _____

   Note  Attention is to be paid to potential automated refund proposal(s)

EPO Form 2058   06 13

21

4.  Mark "DEAD" on the paper file and:

☑  Check whether a divisional application is pending and if so attach the DEAD file to it   (no div.)

☐  Any models still in the Office's possession were returned on _____
    (for dealing with models, please refer to Fil d'Ariane).

☑  Keep paper file in file store (separate place) until next action for file destruction

22-04-2014                                          Rohner, Monika
_____                                       _____
Date                                               Formalities Officer

EPO Form 2056  06.13                                                        2

Here you can see that Unitronics patent case is closed
.

Alonex Electronic Equipment Repair Reference List      Letter U            אלונקס תיקוני אלקטרוניקה בע"מ
Page 1 of 6

Alonex Special & Industrial Electronic Equipment Repair Reference List
AX-Ref Preliminary Edition
#010200.

*Military*
*Unitronics*

Military, Scientific, Industrial Electronic & Computer Equipment Repair Catalog

All the listed product's module, trade marks and brands, are the properties of their respective manufacturers and owners

"U"

UCI
UCI 58 Power Card
UCI S2-14048 I/O Card
UCI

UNICO
100-198 Firing Card
00-198/5 Firing Card
100-198/7 Firing Card
100-198/7A Firing Card
100-198/7B Firing Card
00-198/8A Firing Card
100-198/8B Firing Card
100-198/9 Firing Card
100-445/5 PCB
100-473 Power Supply
100-499/4 Relay Card
100-504/0
100-522/20 PCB
100-656 PCB
100-674/3 PCB
100-706/2 Analog Control Module
100-700/4 Analog Control Module
100-732/1 Serial Interface Module
100-732/2 Serial Interface Module
100-732/3 Serial Interface Module
100-743 PCB
100-757/1 PCB
100-758/4 Anti-Runaway Board
100-765/4 RTC/POK/PS Card
100-765/8 RTC/POK/PS Card
100-765/B RTC/POK/PS Card
100-779/2 Input Card
100-782/1 PCB
100-787/0 Input Card
100-789/2 PCB
100-789/103-080 CPU Module
100-790 PCB
100-790/1 PCB
103-121 Interface Card
301-962
302-368-04A Control
303-017/2 CPU Board
304-017/2 PCB
303-018/1 CPU Board
303-018 Power Supply
303-09B Power Supply
303-09D Power Supply
303-099 Power Supply
304-170/1 PCB
304 993 89829 Firing Card
404-9-476 Firing Card
304-207/A PCB
306-153 Monitor
306-519 PCB
306-562 PCB
306-564/1 CPU Card
406-92C DR-VEPAR
307-717/2 CPU Card
308-221
308-231 Servo Interface Module
308-238/1 I/O Card
308-239/308-240 Servo Interface Module
308-663
308-498 PWM Module
309-857 Power Supply
410-263
3 0-078/1 Memory Expansion Card
410-365 CPU & Memory
410-480 I/O Interface
410-819 Servo Monitor
310-919 59706 Display Assy

Alonex Electronic Engineering Ltd  Tel  03-5037095, Fax 03-5031048, P.O Box 1377, Holon 58171 URL  http://www.alonex.com, http://www.alonex.co.il
АЛОНЭКС - Ремонт Промышленной Электроники

Unitronics Business with Military as Summary No, 4.

23

Alonex Electronic Equipment Repair Reference List | Letter U Page 4 of 6 | אלונקס הנדסה אלקטרונית בע"מ

[illegible] 400/450-60
Q3 400/450-60
P3 400/450-120
Q3 400/450-120
P3 400/450-150
Q3 400/450-150
P3 400/450-240
Q3 400/450-240
P3 400/450-360
Q3 400/450-360
P3 400/450-480
Q3 400/450-480
P3 400/450-840
Q3 400/450-840
P3 400/450-1000
Q3 400/450-1000
P3 400/450-1500
Q3 400/450-1500
P3 400/450-2000
Q3 400/450-2000
DS 103
DS 205
DS 405
[illegible]
DS 2 2
DS 2015
[illegible]
DS 350
DS 476
[illegible]
DS 482 -x
DSF 2120-x
DSF 8 0-x
BAMOBIL-A2-50
BAMOBIL-D2-62-50-x
BAMOBIL-D3-160-50-x
BAMOBIL-D3F-160-50-x
BAMOBIL-D2-62-80-x
BAMOBIL-D3-62-80-x
BAMOBIL-D3F 62-80-x
BAMOBIL-A2-100
BAMOBIL-D2-62-100-x
BAMOBIL-D3-160-100-x
BAMOBIL-D3F-160-100-x
BAMOBIL-D2-62-120
BAMOBIL-D3-62-120-x
BAMOBIL-D3F-62-120-x
BAMOBIL A2-150
BAMOBIL-D3-160-150-x
BAMOBIL-D3F-160-150-x
BAMOBIL-A1-200
BAMOBIL-A2-200
BAMOBIL-D2-62-250
BAMOBIL-D3-62-250-x
BAMOBIL-D3F-62-250-x
BAMOBIL-A2-300
BAMOBIL-D2-62-350
BAMOBIL-D3-62-350-x
BAMOBIL-D3F-62-350-x
BAMOBIL-D2-62-450
BAMOBIL-D3 62-450-x
BAMOBIL-D3F-62-450-x
[illegible]ek Industrie Elektronik GmbH

UNITRONICS
M90-T PLC with text HMI
M90-TA2-CAN PLC with text HMI
M90-19-R1A PLC with text HMI
M91-2-R1 PLC with text HMI
M91-2-R34 PLC with text HMI
M91-2-R2C PLC with text HMI
M91-2-R6C PLC with text HMI
M91-2-T2C PLC with text HMI
M91-2-T1 PLC with text HMI
M91-2-T38 PLC with text HMI
M91-2-UA2 PLC with text HMI
M91-2-UN2 PLC with text HMI
M91-2-RA22 PLC with text HMI
M210-12-E2
M210-12-EN1
[illegible]
Vision120
V120-22-R1 PLC with Graphic HMI & On-board I/O
V120-22-R2C PLC with Graphic HMI & On-board I/O
V120-22-R6C PLC with Graphic HMI & On-board I/O
V120-22-R34 PLC with Graphic HMI & On-board I/O
V120-22-T2C PLC with Graphic HMI & On-board I/O
V120-22-T1 PLC with Graphic HMI & On-board I/O
V120-22-T38 PLC with Graphic HMI & On-board I/O

Unitronics PLC

M 91   V 120

Alonex Electronic Engineering Ltd Tel 03-5037095 Fax 03-5031048, P O Box 1377, Holon 58171 URL: http //www alonex com http //www alonex co il
АЛОНЭКС - Ремонт Промышленной Электроники

Unitronics Business with Military.

Alonex Electronic Equipment Repair Reference List                Letter U                          אלונקס הנדסת אלקטרוניקה בע"מ
                                                                  Page 5 of 6

V.30-33-PJ PLC with 2 *urrent, SMS/GPRS, CANopen, MODBUS
V.30-33-R6 PLC with Ethernet, SMS/GPRS, CANopen, MODBUS
V.30-33-R34 PLC with Ethernet, SMS/GPRS, CANopen, MODBUS
V.30-33-RA22 PLC with Ethernet, SMS/GPRS, CANopen, MODBUS
V.30-33-T2 PLC with Ethernet, SMS/GPRS, CANopen, MODBUS
V.30-33-T38 PLC with Ethernet, SMS/GPRS, CANopen, MODBUS
V.30-33-TA24 PLC with Ethernet, SMS/GPRS, CANopen, MODBUS
V.30-33-B1 PLC with Ethernet, SMS/GPRS, CANopen, MODBUS
Vision240 PLC
Vision280 PLC
Vision290 PLC
V350-35-R7 PLC
V350-35-R6 PLC
V350-35-R34 PLC
V350-35-RA22 PLC
V350-35-T2 PLC
V350-35-T38 PLC
V350-35-TA24 PLC
Vision560 PLC
Vision570 PLC



PS-24-11A Power Supply
GSM-KIT-1406PR3/GSM
GSM-KIT-4CJ

UNIVERSAL MASCHINENFABRIK - UNIVERSAL Stickxsysteme Vertrieen GmbH

Alonex Electronic Engineering Ltd Tel 03-5037095, Fax 03-5031048 P.O Box 1377, Holon 58171 URL http://www.alonex.com http://www.alonex.co.il
АЛОНЭКС - Ремонт Промышленной Электроники

(handwritten, right side:)

PLC + Gsm

mobile Phone

V 12o  – V 13o

V 26o  – V 29o

V 35o   V 53o

V 57o

Unitronics

25

<u>18 USC § 1001</u>

## <u>Mr Haim Shani personality – **perception**</u>

He was occupied in filing a new patent in the year 1999.



Mr. Haim Shani
Chief Executive Officer

Mr Haim Shani of Unitronics was occupied in filing a new patent in the year 1999.
Here as follows:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 2000061789 | An improved method and apparatus for the detection of medical conditions of shock and pre-shock | Shani, Haim; Shavit, Ittai | Shani, Haim; Shavit, Ittai | 2000-07-25 | LAPSED | 1999-07-26 | PCT/IL2000/000443 | WO2001/( |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 2000061789 | An improved method and apparatus for the detection of medical conditions of shock and pre-shock | Shani, Haim; Shavit, Ittai | Shani, Haim; Shavit, Ittai | 2000-07-25 | LAPSED | | |

<u>Mr Haim Shani of Unitronics must have perception and realize that at that time of the year 1999, he had only patent No, **PCT/IL2000/000443**. He had trademark for WEB PLC with internet but without GSM, mobile phone.</u>

Unitronics story with the <u>book of the product of M90 PLC from Unitronics. It is</u>
<u>quite clear for everybody from Unitronics to understand that therein exists</u>
<u>nothing written attestation that PLC of Unitronics M90 is able to communicate</u>
<u>with GSM mobile phone.</u>



Unitronics story for product of PLC programmable logic controller M90 without GSM
mobile phone 1999.Here you can see as summary No, 5.

**Here as follows**
Unitronics story with products of PLC and GSM mobile phone

Here is first product in the year 1998 as is written PLC M90

May 2007 · The new Unitronics Vision 570 OPLC with Colour Touchscreen (pdf 165k)
October 2006 · Additional Unitronics JAZZ OPLC models. (pdf106k).
April 2006 · New Unitronics JAZZ Micro·OPLC · Break the Rules.
April 2006 · Unitronics Integrated PLC and HMIs – the complete series of OPLCs.
November 2005 · Join Unitronic's 100,000 celebration. Special 1+1 offer on newly
released M91 and Vision 120 models.
July 2005 · Tank Level and Product Density System at Frucor Beverages Ltd using E+H
Delta pilot S and Unitronics V260.
March 2005 · New from Unitronics. The Vision 290 PLC with Virtual Touch Screen.
March 2004 · Unitronics OPLC Series wins excellence award.
August 2003 · Enhanced versatility with new Expansion modules and extended Snap·in
I/O.
December 2002 · New: Unitronics Vision 280 PLC with integrated Touchscreen Panel.
June 2002 · New: Unitronics Vision 120 integrated Graphic Operator Panel and PLC.
May 2002 · New: Unitronics Vision 260 · with integrated 240 x 64 pixels graphicsdisplay.
October 2001 · New: Unitronics Vision 230 · the first PLC with
<u>July 17 2000 New Vision PLC M91 and GSM mobile phone without any rights.</u>

27

**April 21, 1999 New WEB PLC M90 Vision programmable logic controller but without any GSM mobile phone.**

**April 21, 1999 New OPLC Vision M90 programmable logic controller but without any GSM mobile phone.**



8 Digital Inputs including 1 Input which can function as either high-speed counter, shaft encoder, frequency measurer or as normal digital input .


**M90/M91™**                  **Vision120™**

**PLC Vision 120 to use with GSM WITHOUT ANY PATENT RIGHT OR TRADEMARK IN THE US, UNITRONICS SOLD THIS PRODUCT IN THE United States.**

**One Analog** Input 6 Relay · Outputs Graphic Display· 2 RS232/RS485 Communication Ports (selectable) · Modbus ·GSM support · enables SMS messages.

Here as follows the new products of PLC programmable logic controller M91 and GSM MOBILE PHONE WITHOUT ANY PATENT RIGHT IN JULY 17, 2000.


**Vision130™**

**Jazz™**               **Vision230™**

**Vision260™**            **Vision280™**

28



The GSM-41J Modem Kit: **Enfora** GSM1308 - **Unitronics**

*www.unitronics.com/.../GSM-41J-DSP_M41J_1...* ·

 PDF/Adobe Acrobat ·
Unitronics. 1. The GSM-41J Modem Kit: **Enfora** GSM mobile phone1308. This kit
enables your SMS-enabled OPLC to communicate via cellular networks.



GSM Mobile phone /GPRS SOLUTION .Written evidence by Unitronics.

From: UNITRONICS

> Enfora located in Richardson, TX is a leader in enabling GSM/GPRS and
> 802.11 Wireless Data SOLUTIONS to enhance mobility and Data Access from
> Remote locations. Enfora's advanced Technology for OEM's or System
> Integrators and innovative products for end-user Process and Control System
> Automation Applications, puts the power of Wireless wherever you need it.
> The Enfora GSM/GPRS Modem provides Access to mission-critical Data
> through the UNITRONICS OPLC Program - anywhere, anytime!

> UNITRONICS offers the Enfora Spider SA-G+ GSM1308 KIT complete with
> Antenna.

## Manipulate of the fact

Unitronics teams have given to other companies these products PLC –GSM with my
invention by changing the names of PLC programmable logic controller

Here exists criminal action of Mr Haim Shani of Unitronics.



29

CHANGE OF THE NAME FROM UNITRONICS TO COMMANDER.



CHANGE OF THE NAME FROM UNITRONICS TO HYDRUS.



CHANGE OF THE NAME FROM UNITRONICS TO FULTON.



CHANGE OF THE NAME FROM UNITRONICS TO DEHUNIDIFIER.







GSM mobile phone KIT41J
Manufactured by UNITRONICS
GPRS/GSM KIT, ENFORA GSM1208, QUAD BAND

## Financial Results

The team of Unitronics have erased the financial results for the period between 1999 and 2002 to do manipulation of the facts.

I have copies of the period 2000 here in this process, please see as follows:

Year 2002 (12 months period ended December    ERASED
Year 2001 (12 months period ended December    ERASED
Year 2000 (12 months period ended December    ERASED

UNITRONICS STORY WITH SECURITY SYSTEM WITH PLC AND GSM MOBILE PHONE

Trademarks > **Trademark Electronic Search System (TESS)**

# UNISTREAM

| | |
|---|---|
| **Word Mark** | UNISTREAM |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Electronic controller devices, namely, programmable logic controllers, expansion units for programmable logic controllers, input and output modules for programmable logic controllers, programmable logic controllers with or without a human machine interface and an operator panel, computer based electronic products, namely, programmable logic controllers and expansion units for **programmable logic controllers,** used for industrial automation and control, machinery automation and control, automating warehouses and distribution centers, automated parking solutions, automated conveying systems, building and home automation and control systems in manufacturing industries; computer software for remotely and locally controlling and operating warehouses, distribution centers, control systems and conveyor systems; programming software for remotely and locally managing industrial automation and industrial logistics; computer software for remotely controlling, automating and managing industrial machinery and production lines, automated logistics systems in the nature of automatic warehouses and distribution systems, automated parking spaces, and automatic building and home safety, energy and **security systems** |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |

32

**He has printed with publication** about my invention that Unitronics have new product of PLC and GSM mobile phone in the year 2000, Mr. Haim Shani of Unitronics must pay for these huge damages caused to my USA patent.

Mr Haim Shani has stolen my invention of PLC and GSM mobile phone and has sold – offered and used it. He must pay for these huge damages. Indeed he has stolen my invention.

### RELIEF SOUGHT

Wherefor I SAMY GHARB respectfully prays for judgment that:

A.      Defendant Unitronics and all these federal defendants

        wilfully infringed the US 6,552,654 patent in violation of
        during the relevant time period;

B.      I am entitled to an award of damages under US LAW
        From the defendants. acts of infringement during the relevant time period

In a polite request, I ask the United States District Court for District of Columbia to require an amount of compensation of 3.000.000.000 US $ from Mr Haim Shani General Manger of Unitronics for these huge damages caused to my US Patent 6,552,654 from the years 2000 to 2007.

US & International Patent Holder,

SAMY GHARB
Kalchbühlstrasse 161
8038 Zürich, Switzerland
E. Mail  sam.gharb@yahoo.com
Tel: 0041079610 1936
Fax: 00410444821323
Zürich 09.20.2014

# Summary

**1. Unitronics trademark for PLC Programmable Logic Controller WEB NETWORK WITHOUT ANY GSM MOBILE PHONE.**

**2 . Here is a copy from the period 2000 which has-been erased through Unitronics team.**

**3. My observations.**

**4. Unitronics Story Business with Military.**

**5. Unitronics story for product of PLC** programmable logic controller **M90 without GSM mobile phone 1999.**



An das
Deutsche Patentamt

*(Doppel)*

# DEUTSCHES PATENTAMT

| (1) | In der Anschrift Straße, Haus-Nr. und ggf. Postfach angeben | Sendungen des Deutschen Patentamtes sind zu richten an: |
|---|---|---|

**3**

Patentanwälte
Dr. Dieter Weber, Dipl.-Phys. Klaus Seiffert,
Dr. Winfried Lieke
Postfach 61 45

D-65051 Wiesbaden

**Anmeldung zur Eintragung einer Marke in das Register**

Aktenzeichen (wird ...
399 65 127.6

| (2) | Zeichen des Anmelders/Vertreters (max. 20 Stellen) | Telefon-Nr. des Anm./Vertr. | Telefax-Nr. des Anm./Vertr. | Datum |
|---|---|---|---|---|
| | unitronics | 0611 - 37 27 20 | 0611 - 37 21 11 | 19.10.1999 |

(3) Der obengenannte Empfänger in Feld (1) ist     ggf. Nr. der Allgemeinen Vollmacht
   Anmelder     Zustellungsbevollmächtigter     Vertreter

| (4) | nur auszu-füllen, wenn abweichend von Feld (1) |
|---|---|

**Anmelder**
Unitronics (1989) (R"G) Ltd.
Unitronics House
North Industrial Zone
Lod 71106
Israel

**Vertreter**
Patentanwälte
Dr. Dieter Weber, Dipl.-Phys. Klaus Seiffert,
Dr. Winfried Lieke
Gustav-Freytag-Str. 25
D-65189 Wiesbaden

| Anmeldercode-Nr. | Vertretercode-Nr. | Zustelladreßcode-Nr. |
|---|---|---|
| A: 108 53803 | 265 216 | E: 754 1283 |

(5) **Wiedergabe der Marke**     WebPLC
   s. Anlage

(6) **Zur Marke werden folgende Angaben gemacht:**

Wortmarke (Eintragung in der vom Patentamt verwendeten Druckschrift)     Hörmarke
Bildmarke (Eintragung in der vom Anmelder gewählten graphischen Wiedergabe)     Sonstige Markenform
Dreidimensionale Marke     Kennfadenmarke     Farbige Eintragung mit folgenden Farben:

(7) **Antrag auf beschleunigte Prüfung (§ 38 MarkenG)**

(8) **Verzeichnis der Waren/Dienstleistungen** *(in der Reihenfolge der Klasseneinteilung geordnet)*     s. Anlage

Klasse:     Bezeichnung:
09     Elektronische Steuerungseinrichtungen integriert mit TCP/IP-Fähigkeit

Leitklassenvorschlag des Anmelders:

(9) **Es wird die Eintragung als Kollektivmarke beantragt**

(10) **Priorität**     ausländische Priorität *(Datum, Staat, Aktenzeichen)*     Ausstellungspriorität     *(Bezeichn. d. Ausstellg., Messe und Tag der erstmaligen Zurschaustellung)*

USA 75/689,796   v. 22. April 1999

(11) **Die Anmeldung wird auf Artikel 6 quinquies der PVÜ (Telle-quelle-Marke) gestützt**

(12) **Gebührenzahlung**     Scheck ist beigefügt
     *(Nur auf inländischen Kreditinstitut bezogen)*

| Erläuterung - und Kosten hinweise s. Rückseite | | | | |
|---|---|---|---|---|
| | DM | 500,00 | Anmeldegebühr *(einschl. bis zu 3 Klassen)* | **Überweisung** *(nach Erhalt der Empfangsbescheinigung)* |
| | DM | | Klassengebühr(en) *(für jede weitere ab der vierten Klasse)* | **Gebührenmarken** sind beigefügt *(bitte nicht auf d. Rückseite des Anmeldevordrucks kleben, ggf auf gesondertem Blatt)* |
| | DM | | Beschleunigungsgebühr | |
| (13) | DM | 500,00 | Insgesamt | Abbuchung von meinem/unserem Abbuchungskonto b. d. Dresdner Bank AG, München Nr.: |

**Telefax vorab am:**

**Anlagen**

| | | | | |
|---|---|---|---|---|
| 1. | Vier übereinstimmende zweidimensionale graphische Wiedergaben der Marke (außer bei der Anmeldung einer Wortmarke | 5. | | Markensatzung (bei Kollektivmarke) |
| 2 | Klangliche Wiedergabe bei Anmeldung der Hörmarke | 6 | | Prioritätsbescheinigung |
| 3 | Beschreibung der Marke | 7. | | Vertretervollmacht |
| 4. | Verzeichnis der Waren/Dienstleistungen (sofern die Aufzählung nicht bereits in Feld 8 wiedergegeben ist) | 8. | | Scheck |
| | | 9. | | |

Unterschrift(en) (ggf Firmenstempel)



T - 1066 - 09 - DE

Deutschland
Germany

# Vollmacht - Power of Attorney

Den Patentanwälten
The Patent Attorneys

### Dr. Weber - Dipl.-Phys. Seiffert - Dr. Lieke
Gustav-Freytag-Straße 25 - Postfach 61 45 - 65051 Wiesbaden - Tel. 37 27 20

wird hiermit in Sachen der
are hereby appointed in the matter of        399 65 127.6

Vertretervollmacht erteilt für das Anmelde- und Schutzbewilligungsverfahren, für das erteilte bzw. eingetragene Schutzrecht sowie für das Einspruchs-, Nichtigkeits-, Zwangslizenz- oder Löschungsverfahren vor dem Deutschen Patentamt, dem Bundespatentgericht und dem Bundesgerichtshof. Die Vollmacht schließt auch das Verfahren nach dem Vertrag über die internationale Zusammenarbeit auf dem Gebiet des Patentwesens (PCT) ein. Die Bevollmächtigten sind berechtigt, Untervollmachten zu erteilen.

Auf Grund dieser Vollmacht sind sie insbesondere zu folgenden Rechtsgeschäften und Verfügungen ermächtigt: Alle Mitteilungen, Bescheide und Beschlüsse des Patentamtes und der Gerichte in Empfang zu nehmen, Rechtsmittel oder Rechtsbehelfe einzulegen und zurückzunehmen, Vergleiche abzuschließen, auf die Anmeldung oder das Schutzrecht ganz oder teilweise zu verzichten, die Beschränkung des Patentes zu beantragen, eine Lizenzbereitschaftserklärung abzugeben oder einen von einem Gegner erhobenen Anspruch anzuerkennen, in Warenzeichen- und Markensachen Widerspruch gegen die Löschung des Zeichens oder Aberkennung des Schutzes der Marke und gegen die Eintragung anderer Zeichen sowie gegen die Schutzbewilligung für andere IR-Marken zu erheben und die Löschung bzw. Schutzentziehung anderer Zeichen und für andere IR-Marken zu beantragen, gestellte Anträge zurückzunehmen, Zahlungen für den Auftraggeber in Empfang zu nehmen, Strafanträge zu stellen.

(Nur bei ausländischen Vollmachtgebern:) Durch diese Vollmacht sind die Patentanwälte zum Vertreter gemäß § 25 des Patentgesetzes, § 28 des Gebrauchsmustergesetzes, § 35 des Warenzeichengesetzes und § 16 des Geschmacksmustergesetzes bestellt.

Erfüllungsort für alle Ansprüche aus dem der Vollmacht zugrunde liegenden Rechtsverhältnis und Gerichtsstand ist der Ort der Kanzlei der Patentanwälte.

Die Vollmacht gilt auch für einen Praxisverwesar (Treuhänder, Abwickler), solange sie diesem gegenüber nicht widerrufen wird.

to act for me/us in proceedings concerning applications, registrations, granted or registered industrial or intellectual property rights, and in proceedings concerning opposition, nullity, compulsory license, rectification, revocation or cancellation in the German Patent Office, before the Federal Patent Court and before the Federal Court of Justice. This authorization includes also the procedure under the Patent Cooperation Treaty (PCT). The authorized agents are authorized to grant powers of substitution.

By virtue of this authorization they are especially empowered to carry out the following legal transactions and disposals: to receive all communications, official actions and decisions of the Patent Office and the Courts; to lodge or withdraw legal measures or legal remedies; to conclude agreements; to fully or partially disclaim the application or the property right; to apply for the restriction of a patent; to deliver a declaration of "readiness to license" or to acknowledge a claim raised by an opposing party; in matters of trade marks to contest an application for the cancellation or revocation of an entry in the Register in respect of a trade mark, to enter opposition against the registration of other trade marks including internationally registered marks, and to apply for the cancellation or revocation of an entry in the Register in respect of other trade marks including internationally registered marks; to withdraw applications, to receive payments on behalf of the client(s) and to demand penalties.

(For foreign clients only:) By this Authorization, the Patent Attorneys are appointed as representatives in accordance with § 25 of the Patent Law, § 28 of the Utility Model Law, § 35 of the Trade Mark Law and § 16 of the Register Designs Act.

The Place of settlement and the court for all claims arising out of the legal relationship existing by virtue of the Power of Attorney are at the location where the office of the Patent Attorneys is situated.

The power is also extended to an administrator (trustee, liquidator) of the office of the Patent Attorneys unless revoked.

Unitronics (1989) (R"G) Ltd.

LOD   8 - 2 - 2000
Ort/Place; Datum/Date

Haim   Shani

(Bei Personen: Namen und Vornamen voll ausschreiben, bei Firmen genaue, eingetragene Firmenbezeichnung angeben. Keine Beglaubigung erforderlich.)
(First names and surnames of individual persons are to be written in full; corporate bodies are to sign in the form in which they are registered. No legalization.)

# 75689796

TRADEMARK APPLICATION SERIAL NO. _____ SER215

### U.S. DEPARTMENT OF COMMERCE
### PATENT AND TRADEMARK OFFICE
### FEE RECORD SHEET

05/05/1999 FTAYLOR  00000122 050649  75689796
1 FC:361        245.00 CH

PTO-1555
(5/87)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application for Registration of Mark: **WebPLC**

Applicant: Unitronics (1989) (R"G) Ltd.

Int. Class No.: 09

Atty. Dkt. No.: T-1066-09-US

To The Assistant Commissioner for Trademarks

2900 Crystal Drive, Arlington, Virginia 22202-3513

Dear Sir:

Unitronics (1989) (R"G) Ltd., an Israeli corporation, whose business address is Unitronics House, North Industrial Zone, Lod 71106, Israel, has adopted and is using the trademark shown in the accompanying drawing for **ELECTRONIC CONTROLLER DEVICES EMBEDDED WITH TCP/IP CAPABILITIES** in International Class 09, and requests that the said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

Applicant has a bona fide intention to use the mark in commerce on or in connection with the above-identified goods by applying it on labels and tags affixed to the goods or their container, and/or by printing directly onto the goods or the containers for the goods, and/or by displaying it in a display associated with the goods.

Applicant hereby appoints Avital (Tally) Eitan, attorney at law of the firm of Eitan, Pearl, Latzer & Cohen-Zedek, whose address is 2 Gav Yam Center, 2nd Floor, 7 Shenkar Street, P.O. Box 12688, Herzlia 46725, Israel, to prosecute this application to register with full power of substitution, association and revocation, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration, all correspondence to be sent to the above address.

1

## DOMESTIC REPRESENTATIVE

The firm of <u>TK ASSOCIATES</u>, Terry Kannofsky, whose address is 2001 Jefferson Davis Highway, Suite 300, Arlington, Virginia, 22202, United States of America, is designated as Applicant's representative on which notices of process in all proceedings affecting the mark may be served.

## DECLARATION

The undersigned states that he is the _____ C E O _____ of the Applicant corporation and is authorized to execute this application and declaration; he believes said corporation to be the owner of the trademark sought to be registered or if the application is being filed under 15 U.S.C. 1051(b), he believes applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use said mark in commerce, either in the identical form or in such as so nearly resembles it as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; and the facts set forth in this application are true; That all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true and further, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

Unitronics Industrial and Robotics Control

Signature: _____

Full Name: _HAIM   SHANI_

Title: __C E O__

Date: _14 - APR -_ , 1999

Applicant:        Unitronics (1989) (R"G) Ltd.

Address:          Unitronics House, North Industrial Zone, Lod 71108, Israel

Goods:            **ELECTRONIC CONTROLLER DEVICES EMBEDDED WITH TCP/IP CAPABILITIES.**

04-22-1999

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #10

INT CLASS

9

# WebPLC

fact

TRADEMARK

75689796



TA 149337

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

September 15, 1999

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE APPLICATION AS FILED FOR:**

TRADEMARK APPLICATION: *75/689,796*

FILING DATE: *April 22, 1999*

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

T. WALLACE
**Certifying Officer**

*Fact*

*without GSM mobile phone*

| Klasse | Nummer | | Eingetragen am | | Nummer |
|--------|--------|---|----------------|---|--------|
| | | | 18.01.2000 | | **399 65 127** |

[511] **9**  [111] **399 65 127.6 / 09**
[220] **20.10.1999**  [151] 18.01.2000  [450] 17.02.2000
[300] ~~22.04.1999  US  75/689796~~

[540] **WebPLC**

[732] **Unitronics (1989) (R"G) Ltd.,** Lod, IL
[740] Anwaltssozietät Dr. Weber, Dipl.-Phys. Seiffert, Dr. Lieke, Wiesbaden
[750] Patentanwälte Dr. D. Weber, Dipl.-Phys. K. Seiffert, Dr. W. Lieke, Gustav-Freytag-Str. 25, Postfach 6145, 65051 Wiesbaden
[510] 09: Elektronische Steuerungseinrichtungen integriert mit TCP/IP-Fähigkeit.

| Schutzdauer verlängert mit Wirkung vom: | | Folge-karte |
|------------------------------------------|---|-------------|
| | | |
| | | |
| | | |

Widerspruchsverfahren abgeschlossen am

**Gelöscht am**

**Internationale Registrierung**

| Registriert unter Nr. | am |
|-----------------------|-----|
| | |

Gelöscht am

Die Prioritätsangabe lautet richtig:
21.04.1999, US, 75/689796.

W 7302



**Dr. Dieter Weber** *Dipl.-Chem.*

**Klaus Seiffert** *Dipl.-Phys.*

**Dr. Winfried Lieke** *Dipl.-Phys.*

*Patentanwälte*

Weber, Seiffert, Lieke · Patentanwälte  Postfach 6145  65051 Wiesbaden

Deutsches Patent- und Markenamt
Zweibrückenstraße 12

80331 München

Gustav-Freytag-Straße 25
65189 Wiesbaden
Postfach 6145 · 65051 Wiesbaden
Telefon 06 11/37 27 20 und 37 25 80
Telefax 06 11/37 21 11
E-mail: WSL-Patent@t-online.de

Datum: 10. Dezember 1999
Ha/af uni06.ein

**Deutsche Marke 399 65 127.6 „WebPLC"**
**Unitronics (1989) (R"G) Ltd. -**

Zur oben genannten Marke wird anbei der Prioritätsbeleg der U.S. Anmeldung 75/689,796 vom

22. April 1999 überreicht.

Der Patentanwalt

# EITAN, PEARL, LATZER & COHEN-ZEDEK

# איתן, פרל, לצר וכהן-צדק

April 19, 1999
MAIN OFFICE

**Hand Delivery**

United States Patent and Trademark Office
Assistant Commissioner for Trademarks
2900 Crystal Drive
ARLINGTON, VIRGINIA  22202-3513

|  | | |
|---|---|---|
| Re: | Applicant: | Unitronics (1989) (R"G) Ltd. |
|  | Mark: | WebPLC |
|  | Our Reference: | T-1066-09-US |

Dear Sir:

Enclosed is an intent-to-use application for registration on the Principal Register for the above-referenced mark and applicant together with a duplicate copy of this letter for the Finance Branch.

Please charge the filing fee (plus any additional fees which may be required) to our Deposit Account Number 05-0649.

Please note that all correspondence should be addressed to A. Tally Eitan c/o TK ASSOCIATES, Terry Kannofsky, whose address is 2001 Jefferson Davis Highway, Suite 300, Arlington, Virginia, 22202, United States of America.

Yours sincerely,

A. Tally Eitan
Eitan, Pearl, Latzer & Cohen-Zedek

tm-1000\1066\uspto-itu (rl) (19/4/99: 1)

**ADVOCATES, NOTARIES AND PATENT ATTORNEYS**
Partners
Nachman Cohen-Zedek
A. Tally Eitan
Zeev Pearl
Doron Latzer
Tamar Ben-Porath
Joel M. Stein                    Shlomo Cohen-Zedek (1906-1997)

Main Office – 2 Gav Yam Center
7 Shenkar St., Herzlia 46725 ISRAEL
PO Box 12688, Herzlia 46733
Telephone: 972 - 9 - 970 9000
Facsimile:  972 - 9 - 970 9001
main@technologylaw.co.il

Haifa Office – Omega Center
Advanced Technology Center
Haifa        31905        ISRAEL
Telephone: 972 - 4 - 855 0917
Facsimile: 972 - 4 - 855 0918
haifa@technologylaw.co.il

24

**Deutsches Patent- und Markenamt**

München, den    01.03.2000

☎ (089) 21 95 - 4574

Aktenzeichen:    399 65 127.6 / 09

Inhaber:    Unitronics (1989) (R"G)
            Ltd.

Deutsches Patent- und Markenamt · 81534 München

Patentanwälte
Dr. D. Weber
Dipl.-Phys. K. Seiffert
Dr. W. Lieke
Gustav-Freytag-Str. 25
Postfach 6145

65051 Wiesbaden

Ihr Zeichen:    unitronic

| Bitte Aktenzeichen und Inhaber bei |
| alle Zahlungen und Eingaben angeben!. |

**Betr.:** Wortmarke "WebPLC"

**Bezug:** Berichtigung

Die beantragte Berichtigung wurde im Markenregister durchgeführt.

Im Markenblatt Teil 8e erscheint folgender Berichtigungstext:
Die Prioritätsangabe lautet richtig: 21.04.1999, US, 75/689796.

Der neue Registerauszug wird Ihnen aus technischen Gründen in Kürze
nachgesandt.

**Markenstelle für Klasse 09.**



**Reg.:**

An Hr. Gühne
Bitte Registerauszug und Urkunde erstellen.

zur Postabfertigung: _____    0 1. 03. 00





**Unitronics**

Unitronics (1989)(RG) Ltd

Unitronics House:

...ation with @ Technology

# Unitronics Achieves Record Sales and Profits in Second Quarter 2000

**Lod, Israel, August 29, 2000.**

Unitronics (EURO.NM symbol UNIT) an Israeli high-tech company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' controlling automated production lines, announced today that it has achieved record sales of EURO 1,740 thousands and record profits of EURO 469 thousands for the second quarter of 2000.

"Reporting record sales and profit is a major milestone in the company's progress, and is in line with our expectations" said Haim Shani, CEO of Unitronics. "As we enter new markets, we believe that revenue growth should continue. We plan to sustain our sales growth by entering the North American market during the second half of the year. However, to continue to develop quality PLC products that are timed to meet market demand, we must also maintain our high level of research and development. With a marketing and distribution network firmly in placed, I believe that we will be able to bring advanced and efficient automation solutions to the growing PLC world market".

Unitronics offers PLCs that are integrated with advanced communication technologies, embedded with Internet and wireless communication abilities. Unitronics' WebPLC™ uses www technology to enable seamless production-floor-to-boardroom communications. The M90-GSM is capable of wireless communications over cellular telephone networks.

## Business Development during the period

### Sales and profit

Sales for the three months ended June 30, 2000 reached a record of EURO 1,740 thousands, an increase of 122% compared with the same period in 1999.
Total revenues for the first six months ended June 30, 2000 reached a record of EURO 3,285 thousands, an increase of 120% compared with the first half of 1999.

The gross profit for the three months ended June 30, 2000 improved to 63% of sales compared to 40% of sales in the three months ended March 31, 2000.

The net profit for the three months ended June 30, 2000 amounted to EURO 469 thousands, compared to EURO 20 thousands in the same period of 1999, an increase of 2245%.

## Introduction of new products

*The WebPLC™*

Unitronics has completed the WebPLC™ development project and has begun sales of these devices via select distributors.
The WebPLC™ allows a network supervisor to use the Internet to monitor, diagnose and correct problems from remote locations. The Company believes that a potential market is emerging for Internet based PLCs.
The WebPLC™ enables production managers to remotely monitor and quickly intervene in system problems.

*The M90-GSM™*

The M90-GSM™, is a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks.
The M90-GSM™  enables remote-controlled operation of machines and devices via GSM cellular communication networks.
Unitronics' customers can therefore remotely maintain vending machines, refrigerating trucks, building automation, fuel and chemical tanks, highway traffic control systems, etc. - without the need for on-site personnel.
The Company believes that the introduction of M90-GSM™, opens a new market for Unitronics.

## Sales and Marketing

*Distribution*

The Company managed to build a worldwide distribution network during the first half of 2000. The Company believe that a strong, worldwide distribution network is a most crucial element in a successful marketing organization.
The company increased its distribution network to include 33 distributors throughout Europe, Asia, South America, and Africa, with a sales force totaling over 130 salespersons.  The new distributors were carefully selected from companies applying for distributorships.

Alon Kedar, Unitronics' Vice President of Marketing, comments " We have successfully recruited many new distributors since January.  That alone was a huge project—but of course, it is only the beginning.  We are building a strong marketing platform, a flexible structure that will enable us to target the proper market for our future product lines."

*Trade shows*

Trade shows provide the opportunity to create new business contacts with potential clients and distributors and further the market penetration of new products.  This year, Unitronics participated in international trade shows throughout Europe, China, South and North America.  The company's products have also been represented by its distributors in a number of local trade shows.

*Customer care*

To promote customer satisfaction and marketing success after the substantial rise in the number of distributors and the size of our client base, Unitronics decided to increase the size of the customer care department. This allows the company to expand its training activities and to deliver a higher level of customer care and technical support.

## Research & Development

We judge agility—the ability to quickly rethink, retool, and respond to market opportunities to be an important business asset. Experience has shown us that the feedback from our customers is valuable in indicating future market demand. In accordance with this principle, we adapted our R&D plan to allow us to develop additional new products resulting from such expected demands.

Our flexibility enabled us to introduce I/O expansion modules to our M90 micro-OPLC™ line. These upgrade the functional capability of an M90, allowing it to automate a broader spectrum of systems. Unitronics has completed the WebPLC™ development project and has started sales of these devices via select distributors. The R&D department is continuing to refine and broaden this series.

The M90-GSM, a new product which allows wireless SMS (Short-Message-Service) messages to be sent to and from a PLC to a cellular phone user via cellular networks, was also introduced into the R&D plan for the year 2000. As much of the groundwork for the development of the M90-GSM directly resulted from the WebPLC™ project, the M90-GSM progressed quickly through the R&D process and has already been released to market.

"I am confident that we will continue to identify and embed the best of emerging communication technologies into our products" Eyal Saban, Unitronics' Chief Technology Officer commented recently. "I think the M90-GSM is going to have great impact. Mobile data communications and m-Commerce give the end-user a tremendous advantage."
The R&D team has carried out planned product development largely according to schedule in addition to developing the products mentioned above.

**Unitronics Industrial Automation**

## Acquiring new facilities and expanding staff

Due to continued business expansion, Unitronics signed in July 2000 a contract for the acquisition of new facilities from which it plans to conduct its business activities. The new 1600 square meter facility is located in close proximity to the Tel Aviv international airport. 98% of the facility's USD 2.1 million purchase price is provided for by a 15-year financing plan, backed by a financial institution, allowing a monthly return not materially higher than the rent due on similar property.

Unitronics' management decided that it was necessary to acquire a new facility after drafting the Company's long-term business plan, which calls for increased marketing and R&D activity. The Company has begun a personnel recruitment drive to increase the size of the staff needed to support this planned activity, and expects to require additional office space. The new, larger facility is now under construction, and is planned to be ready in 2002

**For further information:**

Unitronics                                     +972 8 9786 555
Haim Shani, Chief Executive Officer            haim@unitronic.com
Cara Levy, Investor relations                  info@unitronic.com
Unitronics Web Site:                           www.unitronic.com

**_Unitronics Industrial Automation_**

## Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
**Convenience translation into EURO***

| | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
| | 2000 | 1999 | 2000 | 1999 |
| | (in thousands) | | | |
| Revenues | 1,740 | 781 | 3,285 | 1,491 |
| Cost of revenues | 641 | 364 | 1,565 | 750 |
| Gross profit | 1,099 | 417 | 1,720 | 741 |
| | | | | |
| Research & Development expenses, net | 216 | 57 | 442 | 108 |
| Selling & Marketing expenses, net | 246 | 124 | 557 | 223 |
| General & Administrative expenses | 190 | 122 | 358 | 252 |
| Operating profit | 447 | 114 | 363 | 158 |
| | | | | |
| Financing Income (expenses) net | 22 | (13) | (296) | (30) |
| Operating profit after financing expenses | 469 | 101 | 67 | 128 |
| | | | | |
| Tax benefits (taxes on income) | 0 | (71) | 0 | (49) |
| Profit after tax benefits | 469 | 30 | 67 | 79 |
| | | | | |
| The Company's share of affiliated company result | 0 | (10) | (3) | (16) |
| Profit for the period | 469 | 20 | 64 | 63 |
| | | | | |
| Profit per 1 ordinary shares (under IAS) | 0.054 | 0.003 | 0 007 | 0 009 |

* Figurs for all periods above were translated at the exchange rate of the EURO against the NIS (New Israeli Shekel) as of 30 June, 2000 (1 EURO = 3.9151 NIS).

The notes to the financial statements form an integral part thereof.

**Unitronics Industrial Automation**

## Unaudited Statements of Operations of Unitronics (1989) (R"G) Ltd.
Inflation adjusted NIS*

| | For the three month period ended June 30, | For the three month period ended June 30, | For the six month period ended June 30, | For the six month period ended June 30, |
|---|---|---|---|---|
| | 2000 | 1999 | 2000 | 1999 |
| | (in thousands) | | | |
| Revenues | 6,811 | 3,056 | 12,861 | 5,838 |
| Cost of revenues | 2,511 | 1,422 | 6,131 | 2,936 |
| *Gross profit* | *4,300* | *1,634* | *6,730* | *2,902* |
| | | | | |
| Research & Development expenses, net | 846 | 225 | 1,730 | 423 |
| Selling & Marketing expenses, net | 963 | 486 | 2,180 | 874 |
| General & Administrative expenses | 744 | 478 | 1,400 | 987 |
| *Operating profit* | *1,747* | *445* | *1,420* | *618* |
| | | | | |
| Financing Income (expenses) net | 88 | (49) | (1,158) | (119) |
| *Operating profit after financing expenses* | *1,835* | *396* | *262* | *499* |
| | | | | |
| Tax benefits (taxes on income) | 0 | (278) | 0 | (191) |
| *Profit after tax benefits* | *1,835* | *118* | *262* | *308* |
| | | | | |
| The Company's share of affiliated company result | 0 | (40) | (10) | (62) |
| *Profit for the period* | *1,835* | *78* | *252* | *246* |
| | | | | |
| *Profit per 1 ordinary shares (under IAS)* | *0.213* | *0 011* | *0.029* | *0.036* |

\* The inflation adjusted NIS figures are stated in terms of NIS of June 2000.

The notes to the financial statements form an integral part thereof.

## Financial Statement Analysis

*Revenues* - Sales for the three months ended June 30, 2000 reached EURO 1,740 thousands, a record quarter for the Company, and a rise of 122% compared to the same quarter of 1999. Sales for the six months ended June 30, 2000, reached EURO 3,285 thousands, an increase of 120% compared to the first six months of last year, when sales reached EURO 1,491 thousand.
The increase in the development of the company's business is supported by the large marketing infrastructure which has been developed by the company during the last six months.

*Cost of Revenues and gross profit* – The cost of revenues for the last three months ended June 30, 2000, includes materials, sub-contracting and production overhead, amounting to EURO 641 thousands (36.2 of sales), as compared to EURO 364 thousands (46.6 of sales) for the same period of 1999.
Gross profit for the three months ended June 30, 2000 amounted to EURO 1,099 thousands (63% of sales) compared with EURO 417 thousands (53.3% of sales) for the same period of 1999.
The gross profit improved to 63% in the second quarter of the year 2000, resulting mainly from the completion of the M90 production outsourcing process, as well as concluding a number of automation projects, including supply of PLCs and system integration.
The cost of revenues for the first six months ended June 30, 2000 amounts to EURO 1,565 thousands (47.6% of sales), as compared to the first six months of last year, which amounted to EURO 750 thousands (50.3% of sales). The gross profit for the period was EURO 1,720 thousands (52.4% of sales), compared to the first six months of last year, during which time gross profit amounted to EURO 741 thousands (49.7% of sales).

*Research and Development Expenses* – Research and Development expenses reflect the high level of activity required in developing new technologies and products. The Company believes that highly innovative products and concepts in its market segments will provide significant growth potential for the future.
The company invested approximately EURO 216 thousands (12.4% of sales) in R&D during the three months ended June 30, 2000, compared to EURO 57 thousands (7.2% of sales) in the same period last year.
Total research and development expenses during the first six months ended June 30, 2000, amounted to approximately EURO 442 thousands (13.4% of sales) compared to EURO 108 thousands in the same period last year (7.2% of sales).

*Selling and Marketing Expenses* - Selling and Marketing Expenses including salaries, trade shows, sales materials, and other marketing expenses for the three months ended June 30, 2000 were EURO 246 thousands (14.1% of sales), compared to EURO 124 thousands (15.8% of sales) in the same period last year.
Total selling and marketing expenses during the first six months ended June 30, 2000, amounted to approximately EURO 557 thousands (16.9% of sales) compared to EURO 223 thousands in the same period last year (14.9% of sales).

*General and Administrative Expenses* - General and Administrative Expenses for the three months ended June 30, 2000 amounted to EURO 190 thousands (reduced to 10.9% of sales) compared to EURO 122 thousands (15.6% of sales), for the same period of 1999.
The General and Administrative Expenses during the first six months ended June 30, 2000 amounted to EURO 358 thousands (10.89% of sales) compared to EURO 252 thousands, (16.9% of sales) during the same period last year.

*Operating Profit (loss)* – The total operating profit before financing costs for the three month period ended June 30, 2000, reached a record of EURO 469 thousands (26% of sales), compared to EURO 30 thousands (3.8% of sales) for the same period of 1999.

There was improvement over the first six months of this year, starting with an operating loss of EURO 84 thousands in the first quarter of the year 2000, and ending with a profit of EURO 447 thousands in the second quarter of the year 2000. This largely resulted from changes in the gross profit as described above.

*Financing Income (Expenses)* - Financing income for the three months period, ended June 30, 2000, amounted to EURO 22 thousands. Total finance expenses (net) for the first six months ended June 30, 2000 amounted to EURO 296 thousand, compared to EURO 30 thousands in the same period last year. This is due mainly to the fact that the majority of cash and cash equivalents untill April, 2000 where in Euro while the financial statements are prepared in New Israeli Shekel (NIS). The company EURO deposit was exposed to the devaluation of the EURO against the NIS. The finance expenses in the first quarter of year 2000 amounted to EURO 318 thousands, while the finance income during the second quarter of the year 2000, amounted to EURO 22 thousands. This largely resulted from changes in the EURO exchange rate against the NIS. Since April 2000, the company has changed its investment structure, and the currency of investments, which is currently not kept in EURO.

*Profit for the period* – The Company's net profit for the three months ended June 30, 2000 reached EURO 469 thousands (26.9% of sales), compared with EURO 20 thousands (2.5% of sales) for the same period in 1999.

The net profit for the first six months ended June 30, 2000 amounted to EURO 64 thousands (1.9% of sales), compared to EURO 63 thousands (4.2% of sales) during the same period last year. There was improvement over the first six months of this year, starting with a loss of EURO 384 thousands in the first quarter of the year 2000, and ending with a profit of EURO 469 thousands in the second quarter of the year 2000.

## About Unitronics and the business environment

Unitronics (EURO.NM symbol: UNIT ) is an Israeli company that designs, develops, manufactures, and markets Programmable Logic Controllers (PLCs), the computer 'brains' that controls automated production lines. Our company is dedicated to the prime directive of PLC control—to make automation simple, efficient, and affordable.

Since 1989, we have introduced devices intended to provoke new trends in production line automation. We created the OPLC™ controller series: controllers that enable bi-directional man-machine communication through a simple user interface.

Our state-of-the art PLCs are installed in plants in a variety of industrial sectors-petrochemical, paper and corrugated, plastics and foods, energy and environment, air conditioning and building control, machine and process control applications, power generation, water and wastewater management—where automation and process control are needed.

We believe that in today's global economy, data has become an incredibly valuable commodity. In industry, production data must be freely distributed through all levels of an enterprise. Data must be equally available on the production floor, to marketing staff and to management. Proper data distribution leads to greater efficiency— a key element of success in an increasingly competitive marketplace.

This is driving a strong market trend towards PLCs that are integrated with advanced communication technologies, PLCs that enable vertical communications throughout an enterprise—on a global scale. We expect to timely release a new generation of products, embedded with Internet and wireless communication abilities, to meet this trend. Unitronics' WebPLC™ uses .www technology to enable seamless production-floor-to-boardroom communications. Our M90-GSM is capable of wireless communications over cellular telephone networks. A mobile user can send and receive production data via a cell phone—even where the M90-GSM itself is installed in a moving vehicle.

According to a Frost & Sullivan report (Report 5450-10), the world PLC market is expected to reach USD 10.29 billion by the year 2004. Our objective is to become a major player within our market niche by developing technologically advanced products that are timed to meet market demand, and by developing and maintaining a global marketing network to deliver those products where market demand exists.

**For further information:**

| | |
|---|---|
| Unitronics | +972 8 9786 555 |
| Haim Shani, Chief Executive Officer | haim@unitronic.com |
| Cara Levy, Investor relations | info@unitronic.com |
| Unitronics Web Site: | www.unitronic.com |





Europäisches
Patentamt
Europäisches
Patent Office
Office européen
des brevets

European Patent Office
80298 MUNICH
GERMANY
Tel  +49 (0)89 2399 - 0
Fax  +49 (0)89 2399 - 4465

Joly, Jean-Jacques
Cabinet Beau de Loménie
158, rue de l'Université
75340 Paris cedex 07
FRANCE

Formalities Officer
Name  Louca-Dreher
Tel  7264
or call
+31 (0)70 340 45 00

| Date |
|---|
| 06-04-2010 |

| Reference | Application No./Patent No |
|---|---|
| 3J390790/1 MRY | 04769255.3 - 2206 / 1678564 |
| Applicant/Proprietor | |
| Unitronics (1989) (R"G) Ltd | |

**Communication pursuant to Rule 114(2) EPC**

Please find enclosed observations by a third party concerning the patentability of the invention of the above-mentioned patent application  That person is not a party to the proceedings before the EPO (Art. 115 EPC)

Under Rule 114(2) EPC you may comment on the observations

**For the Examining Division**



EPO Form 2022  12 07   30 03 10

**Europäisches Patentamt**
**European Patent Office**
**Office européen des brevets**

**Closure of the procedure in respect of application No. 04769255.3 - 1802**                19.04.14

1. **The procedure in respect of the above application is closed for the following reason:**

   ADWI    10/10.01.14    The time limit under Rule 112(2) EPC has expired.
   No request for a decision under Rule 112(2), or for further processing under Article 121 EPC or for re-establishment of rights under Article 122 EPC has been filed.

2. **The EPASYS situation has been verified in respect of item 1:**

   DFIL:    02.09.04

   NOAP: ////

   RDEC: ////

   RFPR: //

   REES: ///

   REFU 3/ADWI 3 and DEAD 1 coded. Date of legal effect  _23.11.13_ .

3. **Position regarding fees:**

| | | | | | |
|---|---|---|---|---|---:|
| DEST03 | 005 | 00319553 | 03.04.06 | EUR | 35,00 |
| DEST03 | 005 | 00299561 | 03.04.06 | EUR | 525,00 |
| EXAM02 | 006 | 00319553 | 03.04.06 | EUR | 60,00 |
| EXAM02 | 006 | 00299561 | 03.04.06 | EUR | 1 430,00 |
| CLMS(2) | 015 | 00322143 | 20.04.06 | EUR | 495,00 |
| CLMS(2) | 015 | 00428192 | 22.06.06 | EUR | 945,00 |
| FFEE01 | 020 | 00319553 | 03.04.06 | EUR | 5,00 |
| FFEE01 | 020 | 00299561 | 03.04.06 | EUR | 90,00 |
| RFEE 03 | 033 | 00606713 | 22.09.06 | EUR | 400,00 |
| RFEE 04 | 034 | 00538782 | 09.08.07 | EUR | 425,00 |
| RFEE 05 | 035 | 00750222 | 24.09.08 | EUR | 700,00 |
| RFEE 06 | 036 | 00453950 | 30.09.09 | EUR | 900,00 |
| RFEE 07 | 037 | 00294548 | 17.09.10 | EUR | 1 050,00 |
| RFEE 07 | 037 | 00879425 | 12.10.10 | EUR | 1 050,00 |
| RFEE 07 | 037 | 00332981 | 23.10.10 | EUR | 1 050,00 - |
| RFEE 08 | 038 | 00930707 | 29.09.11 | EUR | 1 155,00 |
| RFEE 09 | 039 | 01015465 | 26.10.12 | EUR | 1 325,00 |
| PFEE 07 | 097 | 00879425 | 12.10.10 | EUR | 525,00 |
| PFEE 07 | 097 | 00332981 | 23.10.10 | EUR | 525,00 - |
| PFEE 09 | 099 | 01015465 | 26.10.12 | EUR | 662,50 |

☐  Examination started on _____ (EXDS51).

☐  Refund(s) ordered:

   ☐  75% EXAM fee        ☐  RFEE(s): _____        ☐  Other fees: _____

   Note: Attention is to be paid to potential automated refund proposal(s).

4. **Mark "DEAD" on the paper file and:**

☑ Check whether a divisional application is pending and if so attach the DEAD file to it. (no div.)

☐ Any models still in the Office's possession were returned on _____
(for dealing with models, please refer to Fil d'Ariane).

☑ Keep paper file in file store (separate place) until next action for file destruction.

22-04-2014                                                       Röhner, Monika
_____                                       _____
Date                                                                Formalities Officer



Alonex Electronic Equipment Repair Reference List               Letter U                 אלונקס הנדסה אלקטרונית בע"מ
                                                                Page 1 of 6

Military
Unitronics

Alonex Special & Industrial Electronic Equipment Repair Reference List
FX-Dra Ann iuberg Edition
RL150/05

Military, Scientific, Industrial Electronic & Computer Equipment Repair Catalog

All the listed product's models, trade marks and brands, are the properties of their respective manufacturers and owners

...U...

UC
UCI 58 Power Card
UCI S2-14042 I O Card
U.I

N-CO
.C0-158 Firing Card
.C0-158/5 Firing Card
.C0-158/7  Firing Card
.C0-158/7A Firing Card
.C0-158/7B  Firing Card
.C0-158/8A Firing Card
10C .58/8B Firing Card
100-158/6 Firing Card
100-159  2 PCB
100-517  Power Supply
.30-455  Array PCB
.00-5.
.33=522-22 PCB
.33=601 PCB
.335 677 PCB
100-601 × Analog Control Module
100-601/A Analog Control Module
.33-772 1 Serial Interface Module
100-772 1 Serial Interface Module
100-772/1 Serial Interface Module
100-743 PCB
100-751/1 PCB
100-755/4 Anti-Runaway Board
120-765 4 ROC PRM/PD Card
.10-765 6 ROC-fx</PD Card
.00-765/9 ROC PRM/PD Card
.00-772/1 Input Card
100-782/1 PCB
100-78??9  Input Card
100-789/100-193 PL Module
.00-790 PCB
100 1777 PCB
10 1221 Interface Card
9C-W6
JLC-3EC 04F Control
.010-01/4 CPU Board
30 -01572 PCB
30-01xxx CPU Board
303-C5F Power Supply
.03-C5F Power Supply
303-C5F Power Supply
.03-C5F Power Supply
304-1/C.1 PCB
.04-9xx 99829 Firing Card
.04-1..6 Firing Card
305-?C 2A PCB
.306- 5 Monitor
30E-33E PCB
.30E-35? PCB
306 544.. FFP Card
.30E-92E DRIVERA-
.33 7!? 1 CPU Card
308-..J
.08 2?. Servo Interface Module
.08-..J 1 I/O Card
308- 1 .C8-7F Servo Interface Module
338-..J
338-38F THM Module
333-37? Power Supply
.30-?5?
.03-378  Memory Expansion Card
.10-35x CCU & Memory
.310-14  I/O Interface
.310-xx. ?0 or Monitor
.310-W 3 SV?Ab Dioplay As?.

Alonex Electronic Engineering Ltd. Tel. 03-5037095, Fax 03-5031048, P.O Box 1377 Holon 58171 URL http://www.alonex.com, http://www.alonex.co.il
АЛОНЭКС - Ремонт Промышленной Электроники

```
C: 40C/450-60
C6-19C/360-60
P3 400/4C7-120
Q4 40C/450-120
P2 40C/450-150
Q3 40C/450-150
P2 40C/450-240
Q5 40C/450-240
P3 40C/450-360
Q3 30C/450-360
P2 40C/457-430
Q3 40C/457-480
P2 40C/450-840
Q4 40C/450-840
P3 40C/450-1000
Q3 40C/450-1000
E4 40C/450-1500
Q3 40C/450-1500
P3 40C/450-2300
Q3 40C/450-2000
QS 403
QS 295
QL 405
QE 5.2
QS 2100
QP 2048
QF 420
QS 434
QS 476
QF 2420-x
QS 482?-x
QCF 2420-x
QFF 7820-x
P3KOBIL-A2-50
BAKOBILL-32-67-50-k
BAKOPILL-D3-150-50-x
BAKOBILL-D3F-191-50-x
BAKOBILL-D2-62-30-x
BAKOBILL-D3-67-50-x
BAKOBILL-D3F-67-80-x
BAKOPILL-A2-130
BAKOPILL-D2-62-100-x
BAKOPILL-D3-160-100-x
BAKOBILL-D3-191-100-x
BAKOBILL-D2-67-120
BAKOBILL-D3-62-120-x
BAKOBILL-D3F-F2-120-x
BAKOEILL A2-150
BAMCEILL-D3-160-150-x
BAKOEILL D3F-160-150-x
P4MO41L-A1-200
BAMG31L-A2-200
BAMO3LL-D3-62-230
BAMG31L-D3-62-230-x
BAMG31L-D3F-62-230-x
BAMO3LL-A-300
BAMG32L-D3-62-350
BAMG32L-D3 62-450-x
BAMG34L-D3-62-350-x
BAMC3-32-67-250
BAMOB3L-D3-62-450-x
BAMG32L-D3F-67-450-x
```

Unitronics PLC

M 91 V 120

```
UNITRONICS
M90-R PLC with text HMI
M90-TA2-XAN PLC with text HMI
M90-T-81A PLC with text HMI
M91-2-R1 PLC with text HMI
M91-2-R34 PLC with text HMI
M9-2-R2C PLC with text HMI
M91-2-R6C PLC with text HMI
M91 2-T2C PLC with text HMI
M9-2-T- PLC with text HMI
M91-T-T38 PLC with text HMI
M91-2-UA2 PLC with text HMI
M1-2-UN PLC with text HMI
M2-2-UA22 HMI with text HMI
M21-12-EA
M9 0-1-RM1
M90-1-RBIL
V130/10?
V120 DR R1 PLC with Graphic HMI & On-board I/O
V120-22-R2C PLC with graphic HMI & On-board I/O
V120-22-R6C PLC with Graph c HMI & On-board I/O
V120-22 R6C PLC with Graphic HMI & On-board I/O
V120-22 PLC with Graphic HMI & On-board I/O
V120-22-T1 PLC with Graphic HMI & On-board I/O
V120-22 T PLC with Graphic HMI & On-board I/O
```



