UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMY GHARB | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:14-cv-01635 RMC |
| | ) |
| UNITRONICS INC., et al. | ) |
| | ) |
| Defendants | ) |

**ORDER ON DEFENDANT ISRAEL MILITARY INDUSTRIES, LTD.'S MOTION FOR ATTORNEYS' FEES AND COSTS**

This matter came before the Court on the motion of Defendant Israel Military Industries, Ltd. ("IMI") seeking an award of attorneys' fees and costs against Plaintiff Samy Gharb ("Gharb"). Having considered the motion and the record in this case, it is hereby:

**ORDERED** as follows:

(1) IMI's motion for an award of attorneys' fees and costs is GRANTED;

(2) Gharb shall pay IMI the total of $16,544.03 for its attorneys' fees and costs;

(3) This judgment shall bear interest at the federal post-judgment interest rate of _0_ % per annum from today, for which let execution issue; *no interest RMC*

**SO ORDERED.**

Date: _14 July 2015_        /s/ Rosemary M. Collyer
                            Rosemary M. Collyer
                            United States District Court Judge

**Parties to be served:**

Samy Gharb
Kalchbühlstrasse 161
8038 Zürich
Switzerland

*Pro Se Plaintiff*

Stephanie D. Scruggs
Smith, Gambrell & Russell, LP
1055 Thomas Jefferson Street, NW
Suite 400
Washington, DC 20007

*Counsel for Defendant Unitronics Inc.*

Mark G. Davis
Greenberg Traurig, LLP
2101 L Street NW, Ste. 1000
Washington, DC 20037
*Counsel for Defendant IMI Israel Military Industries LTD*